AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case No. 1:23-mj-293 |
| MARK HARRIS | ) Assign to: Magistrate Judge Zia M. Faruqui |
| | ) Date: 11/2/2023 |
| | ) Description: Complaint with Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MARK HARRIS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - UNLAWFUL POSSESSION OF A FIREARM AND AMMUNITION BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR;
22 D.C. Code § 4503(a)(1) & (b)(1) - UNLAWFUL POSSESSION OF A FIREARM (PRIOR CONVICTION/CRIME OF VIOLENCE);
18 U.S.C. § 922(g)(1) - UNLAWFUL POSSESSION OF A FIREARM AND AMMUNITION BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR

Date: 11/02/2023

*Zia M. Faruqui*
*Issuing officer's signature*

City and state: WASHINGTON, DC

ZIA M. FARUQUI, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 11/3/23, and the person was arrested on *(date)* 11/2/23
at *(city and state)* Washington DC.

Date: 11/3/23

*Arresting officer's signature*

Sultan Shakir #3180
*Printed name and title*